IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| WILLIAM PATRICK KIRBY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. 08-cv-229-JPG-DGW |
|  | ) |  |
| UNION PACIFIC RAILROAD COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated: August 20, 2009

JUSTINE FLANAGAN, ACTING CLERK

s/Brenda K. Lowe, Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
U. S. DISTRICT JUDGE